# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
### COUNSELLORS AT LAW

| | | | |
|---|---|---|---|
| CHARLES C. CARELLA | DONALD F. MICELI | PETER G. STEWART | RAYMOND J. LILLIE |
| JAN ALAN BRODY | CARL R. WOODWARD, III | FRANCIS C. HAND | GREGORY G. MAROTTA |
| JOHN M. AGNELLO | MELISSA E. FLAX | JAMES A. O'BRIEN, III | KEVIN G. COOPER |
| CHARLES M. CARELLA | DAVID G. GILFILLAN | JOHN G. ESMERADO | MARYSSA P. GEIST |
| JAMES E. CECCHI | G. GLENNON TROUBLEFIELD | STEVEN G. TYSON | JORDAN M. STEELE** |
| | BRIAN H. FENLON | MATTHEW J. CERES | MICHAEL K. BELOSTOCK |
| | LINDSEY H. TAYLOR | MARC D. MORY | BRIAN F. O'TOOLE** |
| | CAROLINE F. BARTLETT | ZACHARY A. JACOBS*** | SEAN M. KILEY |
| | ZACHARY S. BOWER+ | JASON H. ALPERSTEIN+ + | ROBERT J. VASQUEZ |
| | DONALD A. ECKLUND | | |
| | CHRISTOPHER H. WESTRICK* | OF COUNSEL | |
| | STEPHEN R. DANEK | | |
| | MICHAEL A. INNES | *CERTIFIED BY THE SUPREME COURT OF | |
| | MEGAN A. NATALE | NEW JERSEY AS A CIVIL TRIAL ATTORNEY | |
| | | **MEMBER NY BAR | |
| | | ***MEMBER IL BAR | |
| | | +MEMBER FL BAR | |
| | | + + MEMBER NY & FL BAR | |

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
PHONE (973) 994-1700
FAX (973) 994-1744
www.carellabyrne.com

January 31, 2024

**VIA ECF**

Honorable Edward S. Kiel, U.S.M.J.
United States District Court
50 Walnut Street
Newark, NJ 07102

        Re:     *In re: Healthec LLC Data Breach Litigation*
                 *Case No. 2:24-cv-00026- JKS-ESK*

Dear Magistrate Kiel:

      We are Counsel for Plaintiffs in the above matter. Please find enclosed the Declarations of James J. Pizzirusso and Steven M. Nathan as well as the Certification of James E. Cecchi in Support of the Motion to Admit James J. Pizzirusso and Steven M. Nathan As Counsel *Pro Hac Vice* in the above matter. Defendants have consented to the application. If the papers are acceptable to the Court, we respectfully request that the attached proposed Order be entered and a "filed" copy be returned to us via the ECF system.

      Thank you for your attention to this matter.

                              Very truly yours,

                        CARELLA, BYRNE, CECCHI,
                        OLSTEIN, BRODY & AGNELLO

                            /s/ *James E. Cecchi*

                            JAMES E. CECCHI

JEC:neh
Enc.
cc:     All counsel (via ECF)