

Telephone: (866) 540-5505
Facsimile: (866) 300-7367
www.millershah.com

NATALIE FINKELMAN BENNETT
nfinkelman@millershah.com

January 31, 2024

**Via CM/ECF**
The Honorable Edward S. Kiel
United States Magistrate Judge
United States District Court for the District of New Jersey
Frank R. Lautenberg U.S. Post Office and Courthouse Bldg.
2 Federal Street, Courtroom 8
Newark, NJ  07102

      Re:   *Kyle Turri v. HealthEC, LLC*
              Case No:  2:24-v-00407-JKS-ESK

Dear Judge Kiel,

Plaintiff in the captioned case consents to the consolidation of this case into Case No. 24-00026, *Leminen v. HealthEC, LLC* (ECF 6).

Respectfully,

*/s/Natalie Finkelman Bennett*

Natalie Finkelman Bennett

NFB/sm

**Case No. 24-00407,** ***Turri v. HealthEC, LLC***, **is hereby: (1) consolidated with Case No. 24-00026,** ***Lempinen v. HealthEC, LLC***; **and (2) marked as terminated. So Ordered.**

     ***/s/ Edward S. Kiel***
**Edward S. Kiel, U.S.M.J.**
**Date: January 31, 2024**

---

CALIFORNIA ■ CONNECTICUT ■ FLORIDA ■ NEW JERSEY ■ NEW YORK ■ PENNSYLVANIA ■ MILAN, ITALY

©Miller Shah LLP