# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
## COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| JAN ALAN BRODY<br>JOHN M. AGNELLO<br>CHARLES M. CARELLA<br>JAMES E. CECCHI<br><br>CHARLES C. CARELLA<br>1933 – 2023 | DONALD F. MICELI<br>CARL R. WOODWARD, III<br>MELISSA E. FLAX<br>DAVID G. GILFILLAN<br>G. GLENNON TROUBLEFIELD<br>BRIAN H. FENLON<br>CAROLINE F. BARTLETT<br>ZACHARY S. BOWER+<br>DONALD A. ECKLUND<br>CHRISTOPHER H. WESTRICK*<br>STEPHEN R. DANEK<br>MICHAEL A. INNES<br>MEGAN A. NATALE<br>KEVIN G. COOPER | **5 BECKER FARM ROAD**<br>**ROSELAND, N.J.  07068-1739**<br>**PHONE (973) 994-1700**<br>**FAX (973) 994-1744**<br>**www.carellabyrne.com** | PETER G. STEWART<br>FRANCIS C. HAND<br>JAMES A. O'BRIEN, III<br>JOHN G. ESMERADO<br>STEVEN G. TYSON<br>MATTHEW J. CERES<br> ZACHARY A. JACOBS***<br>  JASON H. ALPERSTEIN+ +<br><br>OF COUNSEL<br><br>*CERTIFIED BY THE SUPREME COURT OF<br>NEW JERSEY AS A CIVIL TRIAL ATTORNEY<br>**MEMBER NY BAR<br>***MEMBER IL BAR<br>+MEMBER FL BAR<br>+ + MEMBER NY & FL BAR | RAYMOND J. LILLIE<br>GREGORY G. MAROTTA<br>MARYSSA P. GEIST<br>JORDAN M. STEELE**<br>ROBERT J. VASQUEZ<br>BRITTNEY M. MASTRANGELO<br>GRANT Y. LEE*** |

September 27, 2024

**ORDER**

<u>VIA ECF</u>
Hon. Stacey D. Abrams, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      Re:   *In re HealthEC LLC Data Breach Litigation*,
                Civ. No. 24-cv-00026

Dear Judge Adams:

      The parties submit this joint letter regarding the above-captioned matter. On September 10, 2024, the parties attended an in-person mediation with Judge Joel Schneider (Ret.) but were unable to reach resolution. The parties are continuing discussions and believe that continued efforts to resolve the matter would be beneficial.

      Accordingly, the parties request a 30-day extension to the proposed schedule entered by the Court on August 5, 2024 (ECF No. 145). Specifically, the schedule is requested to be modified as follows:

- Defendants shall serve their Response(s) to Plaintiffs' Consolidated Complaint on the parties of record and file proof of service on CM/ECF on **October 28, 2024**.

- Plaintiffs shall serve their Response(s) to any Motions filed against the Consolidated Complaint on the parties of record and file proof of service on CM/ECF by **December 9, 2024**.

- Defendants shall serve their Reply(ies) on the parties of record and file proof of service on CM/ECF on **January 8, 2025**.

Once all motion papers have been served, the moving parties shall file all motion papers under three separate docket entries by **January 15, 2025**.

      If the Court has any questions, we are available at the Court's convenience.

September 27, 2024
Page 2

Respectfully Submitted,

CARELLA BYRNE CECCHI
BRODY & AGNELLO, P.C.

/s/James E. Cecchi
James E. Cecchi

The highlighted request is **GRANTED.**
**SO ORDERED.**

_____
Stacey D. Adams
United States Magistrate Judge
Dated: October 7, 2024.