# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
## COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| JAN ALAN BRODY | DONALD F. MICELI | **5 BECKER FARM ROAD** | PETER G. STEWART | RAYMOND J. LILLIE |
| JOHN M. AGNELLO | CARL R. WOODWARD, III | **ROSELAND, N.J.  07068-1739** | FRANCIS C. HAND | GREGORY G. MAROTTA |
| CHARLES M. CARELLA | MELISSA E. FLAX | **PHONE (973) 994-1700** | JAMES A. O'BRIEN, III | MARYSSA P. GEIST |
| JAMES E. CECCHI | DAVID G. GILFILLAN | **FAX (973) 994-1744** | JOHN G. ESMERADO | JORDAN M. STEELE** |
| | G. GLENNON TROUBLEFIELD | www.carellabyrne.com | STEVEN G. TYSON | ROBERT J. VASQUEZ |
| | BRIAN H. FENLON | | MATTHEW J. CERES | BRITTNEY M. MASTRANGELO |
| CHARLES C. CARELLA | CAROLINE F. BARTLETT | | ZACHARY A. JACOBS*** | GRANT Y. LEE*** |
| 1933 – 2023 | ZACHARY S. BOWER+ | | JASON H. ALPERSTEIN+ + | MAYBOL HALL |
| | DONALD A. ECKLUND | | | WILLIAM J. MANORY |
| | CHRISTOPHER H. WESTRICK* | | OF COUNSEL | |
| | STEPHEN R. DANEK | | | |
| | MICHAEL A. INNES | | *CERTIFIED BY THE SUPREME COURT OF | |
| | MEGAN A. NATALE | | NEW JERSEY AS A CIVIL TRIAL ATTORNEY | |
| | KEVIN G. COOPER | | **MEMBER NY BAR ONLY | |
| | | | ***MEMBER IL BAR ONLY | |
| | | | +MEMBER FL BAR ONLY | |
| | | |  + + MEMBER NY & FL BAR ONLY | |

May 15, 2025

**VIA ECF**
Hon. Stacey D. Abrams, U.S.M.J.
Marin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

       Re:   *In re HealthEC LLC Data Breach Litigation*,
                Civ. No. 24-cv-00026

Dear Judge Abrams:

      We along with co-counsel, represent Plaintiffs in the above captioned action. In accordance with Your Honor's directive to incorporate the Consumer Benefits Plan (ECF No. 168-5), which details the relief for the members of the proposed Class, into the text of the February 27, 2025, Settlement Agreement, the parties have executed the annexed agreement (the "Supplemental Agreement").  The Supplemental Agreement incorporates the Consumer Benefits Plan as Exhibit to the Settlement Agreement.

                                  Respectfully Submitted,

                                    CARELLA BYRNE CECCHI
                                    BRODY & AGNELLO, P.C.

                                   */s/Kevin G. Cooper*
                                    Kevin G. Cooper