James E. Cecchi
CARELLA, BYRNE, CECCHI
BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068-1739
(973) 994-1700

[Additional Attorneys on Signature Page]

*Counsel for Plaintiffs and the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re HealthEC LLC Data Breach Litigation | No. 2:24-cv-00026 (JKS) (SDA)<br><br>**NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND FINAL CERTIFICATION OF THE SETTLEMENT CLASS** |

To:   All Persons on ECF Service List

PLEASE TAKE NOTICE that at 10:00 AM on January 12, 2026, Plaintiffs, Allan Bishop, Caroline Cappas, Jessica Fenn, Keith Fielder, Joni Fielder, Gregory Leeb, and Mindy Markowitz, (together "Plaintiffs"), through their undersigned counsel, shall move, on behalf of Plaintiffs and the proposed Class, before the Honorable Stacey D. Abrams, U.S.M.J. at the United States District Court, District of New Jersey, U.S. Post Office & Courthouse, 2 Federal Square, Courtroom PO 9, Newark, NJ 07102, for entry of an Order that, among other things, will: (1) approve the proposed Settlement; (2) certify the proposed Settlement Class, appoint Plaintiffs as class representatives, and appoint Class Counsel for purposes of the Settlement; and (3) conclude that the form and manner of giving notice of the proposed Settlement to the Settlement Class Members complied with due process requirements.

PLEASE TAKE FURTHER NOTICE that, in support of the motion, Class Counsel will rely upon the accompanying brief in support and the Declaration of James E. Cecchi concurrently filed with the Motion for Award of Attorneys' Fees, Payment of Litigation Expenses, and Payment of Service Awards to Class Representatives, and exhibits annexed thereto.

PLEASE TAKE FURTHER NOTICE that, in accordance with the Federal Rules of Civil Procedure, a proposed form of Order is submitted herewith.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests oral argument.

Dated:  December 8, 2025

**CARELLA, BYRNE, CECCHI,
BRODY & AGNELLO, P.C.**

s/ *James E. Cecchi*
James E. Cecchi
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700

-and-

Norman E. Siegel
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
siegel@stuevesiegel.com

***Settlement Class Counsel***